110 So.2d 306

### Ex parte John DAVIS.

**John DAVIS**

v.

**W. G. HARDWICK, Judge.**

4 Div. 990.

Supreme Court of Alabama.

March 26, 1959.

J. Hubert Farmer, Dothan, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

STAKELY, Justice.

The petition for certiorari to the Court of Appeals must be stricken because it is not on transcript paper.—Supreme Court Rule 32, Revised Rules of Practice in the Supreme Court, 1955 Cum.Pocket Part to Vol. 7 Appendix, Code of 1940, p. 233, 261 Ala. XXXI; Latham v. State, 262 Ala. 108, 77 So.2d 502.

Petition for writ of certiorari stricken.

LIVINGSTON, C. J., and LAWSON
and MERRILL, JJ., concur.